IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LARRY W. WHITE                                          PLAINTIFF

v.                          CIVIL NO. 07-5181

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                         DEFENDANT

## O R D E R

Plaintiff has submitted a complaint for filing in this district, together with a request for

leave to proceed *in forma pauperis.* After review, it is found that plaintiff is unable to pay for

the costs of commencement of suit and, accordingly, the following order is entered this 10th day

of October 2007:

IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed *in forma pauperis*

is granted. The clerk is hereby directed to file the complaint *nunc pro tunc* as of October 9,

2007. Additionally, the court hereby directs that a copy of the complaint filed herein, along with

a copy of this order, be served by the plaintiff by certified mail, return receipt requested, on the

defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Alberto

R. Gonzales, U.S. Attorney General, and Charles S. Hawkins, Jr., Assistant U.S. Attorney, with-

out prepayment of fees and costs or security therefor. The defendant is ordered to answer within

sixty (60) days from the date of service.

IT IS SO ORDERED.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 1 2 2007

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)