IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LARRY W. WHITE                                                              PLAINTIFF

v.                                   Civil No. 07-5181

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                             DEFENDANT

## J U D G M E N T

Now on this 14th day of January, 2009, comes on for consideration the Report and
Recommendation dated December 22, 2008, by the Honorable James R. Marschewski, United States
Magistrate Judge for the Western District of Arkansas.  Ten (10) days have passed without objections
being filed by the parties.  The Court has reviewed this case, and being well and sufficiently advised,
finds that the Report and Recommendation is proper and should be adopted in its entirety.
Accordingly, the Court hereby adopts the Report and Recommendation; reverses the decision of the
Commissioner; and remands this case to the Commissioner for further consideration pursuant to
sentence four of 42 U.S.C. § 405(g).

If plaintiff wishes to request an award of attorney's fees and cost under the Equal Access to
Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment
becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended.  *See Shalala v.
Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

IT IS SO ORDERED.

/s/Jimm Larry Hendren
HONORABLE JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)